**United States District Court**
For the Northern District of California

1

2                    IN THE UNITED STATES DISTRICT COURT

3                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

4   MICHAEL HENDERSON,                        No. C 13-0765 SBA (PR)

5              Plaintiff,                      **JUDGMENT**

6      v.

7   DR. RAINA, et al.,

8              Defendants.
    _____/

9

10        For the reasons set forth in this Court's Order of Dismissal Without Prejudice,

11        IT IS ORDERED AND ADJUDGED

12        That Plaintiff take nothing, that the action be dismissed in accordance with the Court's

13   Order, and that each party bear its own costs of action.

14   DATED: _____5/5/2014_____        _____

15                                                   SAUNDRA BROWN ARMSTRONG
                                                     United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

P:\PRO-SE\SBA\CR.13\Henderson0765.jud.wpd